

# TOWN of GREENBURGH
## Office of the Town Attorney
177 Hillside Avenue
Greenburgh, New York 10607
Telephone (914) 993-1546
Telefax (914) 993-1656

**Timothy W. Lewis**
Town Attorney

David R. Fried
First Deputy Town Attorney
Edward M. Lieberman
Peter Carparelli
Richard L. Marasse
Margaret C. Taglia
Deputy Town Attorneys
Ellen Franzese/Paralegal

August 25, 2008

Hon. Stephen C. Robinson, U.S.D.J.
United States Courthouse
300 Quarropas Street, Room 633
White Plains, NY 10601-4150

      RE:   Manfredi v. Town of Greenburgh, et. al.,
            Docket No.: 08 Civ. ~~6670~~ (SCR)
                           6770

Dear Judge Robinson:

    Counsel for Plaintiff and defendants in the above-captioned matter have agreed that, on consent, defendants' time to answer the complaint in this matter is extended from September 3, 2008, to September 23, 2008. Counsel have also agreed that they will consult and inform the Court whether additional extensions of defendants' time to answer will be necessary. Correspondence reflecting this agreement between the parties is attached hereto.

**APPLICATION GRANTED**
*Stephen C Robinson*
HON. STEPHEN C. ROBINSION
8/26/08

Very truly yours,
*Richard L. Marasse*
RICHARD L. MARASSE
Deputy Town Attorney

RLM:cm
Attachment
cc:   Michael H. Sussman, Esq.
      P.O. Box 1055
      Goshen, N.Y., 10924

MONEY MAGAZINE: GREENBURGH—A BEST PLACE TO LIVE IN AMERICA WINNER (2008)
ONE OF FOUR IN NEW YORK STATE